FILED
JAMES BONINI
CLERK

2012 MAR 21 PM 4:35

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,** :

**PLAINTIFF,** :

**vs.** :

**MICHAEL E. HANNA** :

**DEFENDANT.** :

**CASE No.** 2:12-CR-59

**JUDGE** Smith

**18 U.S.C. § 2422(b)**
**Coercion and Enticement**

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

**Coercion and Enticement**
**18 U.S.C. § 2422(b)**

On or about between January 4, 2012 and January 24, 2012, in the Southern District of Ohio, **MICHAEL E. HANNA** did knowingly use a means or facility of interstate commerce, that is, the internet, to persuade, induce or entice or attempt to persuade, induce or entice an individual who had not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense.

In violation of Title 18 U.S.C. § 2422(b).

## FORFEITURE

**Forfeiture A**
**18 U.S.C. § 2253(a)(1) and (3)**

2. The allegations of Count **One** of this Information are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in Count One of this Information, and upon conviction thereof, Defendant **MICHAEL E. HANNA** shall forfeit to the United States:

(a) all matter containing visual depictions or child pornography or child erotica, possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

1. One (1) Nikon CoolPix digital camera and case;
2. One (1) Verizon Android cellular phone and case;
3. One (1) HP desktop computer tower, serial #MXX240KFB;
4. One (1) HP desktop computer tower, serial #KR11301405;
5. One (1) HP desktop computer tower, serial #MXX82107JX;

In violation of 18 U.S.C. § 2253(a)(1) and (3).

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney