PROB 22
(Rev. 1/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:12CR00059 (1) | |
| DOCKET NUMBER *(Rec. Court)* | 5:26cr323 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Michael Elias Hanna** | Ohio Southern | Columbus |
| | NAME OF SENTENCING JUDGE: Edmund A. Sargus Jr., United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 11/07/2024 | TO: 11/06/2034 |

OFFENSE

***Coercion and Enticement***

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/educational opportunities, violation of supervision)

No Plans to Return to the Southern District of Ohio.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Ohio** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

6/22/2026
*Date*

s/Edmund A. Sargus, Jr.
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of Ohio**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 10, 2026
*Effective Date*

*United States District Judge*